PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Dallas__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 15 2022
CLERK, U.S. DISTRICT COURT
By_____ mb
Deputy

__Shedrick Thornton #22003389__
Plaintiff's Name and ID Number

__Dallas County Jail__
Place of Confinement

CASE NO. __3-22CV0605-C__
(Clerk will assign the number)

V. __Dr. Michael Pittman__
__413 W. Bethel Rd. Suite 202__
__Coppell, TX 75019__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

          Plaintiff(s) _____

          Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Dallas County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES: N/A for Dallas Jail

Have you exhausted all steps of the institutional grievance procedure?   ___ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Dr. Michael Pittman ST
413 W. Bethel Rd, Suite 202 Coppell, TX 75019
Shedrick Thornton Lew Sterrett Justice Center
Dallas, TX 75207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Dr. Michael Pittman 413 W. Bethel Rd, Suite 202 Coppell, TX 75019

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Used a previous evaluation to determine me incompetent to stand trial, for a nonexistent trial.

Defendant #2: Mrs. Doyle - Court Coordinator for Criminal District No. 1 in Dallas County - 133 Riverfront LB 38 Dallas 75207

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Allowed me to be confined in Dallas County Jail, for a cause already adjudged.

Defendant #3: Sheriff Brown in Dallas County - 133 Riverfront LB 31 Dallas Texas 75207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

For keeping me confined on an nonexistent trial.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On February 17, 2022 Dr. Pittman evaluated me under the guise of Cause No. F19-70256 for the purpose of determining competency. Upon attempting to post bail on March 03, 2022, a no bond was issued for Cause No. F14-76804. On March 08, 2022 I was informed that Dr. Pittman rendered me incompetent to stand trial for Cause No. F14-76804. It's an act of malpractice and deceptive practice, because Dr. Pittman rendered this same conclusion in 2015.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish to be compensated thirteen million dollars, for being imprisoned unconstitutionally, & released from jail. Dr. Pittman to be ordered to pay filing fee costs.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02111277

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?                    ___YES ___NO

Rev. 05/15

(4)(a)

for Cause No(s) F14-76804 and F14-76803. I was sentenced on January 12, 2017 to serve 6 years in Texas Department of Criminal Justice (TDCJ), Institutional Division for Cause No. F14-76803, and 10 years probation for Cause No. F14-76804 to commence after Cause No. F16-75253 has ceased to operate and has been discharged. I was sentenced on February 06, 2017 to serve 6 years in TDCJ for Cause No. F16-75253, to run concurrent with Cause No. F14-76803.

I discharged Cause No. F16-75253 on January 28, 2022, and was transferred back to Dallas County Jail for Cause No. F19-70256. On February 09, 2022 a hearing was conducted to enact terms and conditions of probation for Cause No. F14-76804. A mental health evaluation was requested, and I met with Dr. Michael Pittman on February 17, 2022 for examination. As Dr. Pittman spoke regarding Cause No. F19-70256, and past run-ins with Gabrielle Bodley, I specifically stated "I have no desire of establishing anything with her, and past sentiments of wanting to reconnect with her was extinguished after she testified during my trial in 2017 on January 12. I participated in classes and programs while incarcerated in TDCJ, that propelled me forward with my life."

(4)(b)

I wish Gabrielle well in her life, but there's nothing I want to know pertaining her. I moved forward with someone that's been supportive of me, while in the custody of TDCJ; and I won't subjugate myself to being misjudged by decisions in my past." I further stated "everything that occurred prior to me going to TDCJ, is motivation for me to continue striving to make improvements in my life."

I don't recall any reason for Dr. Pittman to revert back to his fabricated document dated in 2015, that he concluded me to be incompetent to stand trial for Cause No(s) F14-76804 and F14-76803. The decision of my then attorney to not request a second opinion has portrayed me negatively in the court of law. I spoke first with Mrs. Doyle (court coordinator for Criminal District Court No.1) and she stated on March 08, 2022 "for me to speak with my attorney, to address the issue of a no bond for Cause No. F14-76804, but there was nothing noted for Cause No. F19-70256." I then spoke with the staff person at Ebony's Bail Bondsman about my conversation with Mrs. Doyle, and was informed that "Dr. Pittman had determined me incompetent to stand trial for Cause No. F14-76804, and the court is waiting for me to

(4)(c)

be admitted for competency restoration." I explained, "there's nothing pending regarding this cause, because I'm on probation; and will continue performing as a Pro Se Petitioner." I filed a grievance with Dallas County Sheriff's Office, and mailed a rejection to Dr. Pittman's conclusion to Criminal District Court No. 1; and requested a second opinion by a qualified practitioner.

I'm requesting 13 million dollars for me being confined in violation of Fifth, Eighth, and Fourteenth Amendment Rights guaranteed by the United States Constitution. The episodic act of Dr. Pittman to render me incompetent to stand trial, for Cause No. F14-76804 in which there is no current proceedings pending; is an act of malpractice. The effect of the action of staff persons in Criminal District Court No. 1, and Dallas County Sheriff's personnel is to punish me twice for the same offense; and under the Constitution of Texas, art. 1, Section 14 "no person, for the same offense, shall be twice put in jeopardy of life or liberty." The omission of Staffers in Criminal District Court No. 1, and Dallas County Jail employees portrays the negative image that plagues me, as a result of Dr. Pittman's 2015 conclusion that I was incompetent to stand trial

(4)(d)

for Cause No(s) F14-76803 and F14-76804. I petition the court to grant me monetary compensation for this gross miscarriage of justice in the amount of thirteen million (U.S.) dollars. Dr. Pittman directly stated on the day of examination "I'm conducting this examination for Cause No. F19-70256," and yet re-submitted his 2015 conclusion "that I'm incompetent to stand trial for Cause No. F14-76804;" which has already been adjudged!

Respectfully submitted,
Shedrick G. Thornton
Petitioner, Pro Se
Shedrick Thornton
Inmate no. 22003389
Lew Sterrett Justice Center
Dallas, TX 75207

(4)(e)

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: **03/10/2022**
         DATE

*Shedrick B. Thornton*
*Shedrick Thornton*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **10th** day of **March**, 20 **22**.
         (Day)              (month)            (year)

*Shedrick B. Thornton*
*Shedrick Thornton*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

U.S. District Clerk
Northern District of Texas
    Dallas Division

March 10, 2022

Re: Confined unconstitutionally

Dear Sir or Madam:
Enclosed please find Petitioner's Civil Rights Complaint, for being imprisoned unconstitutionally, for a cause number already adjudicated. I am seeking to recover 13 million dollars for this miscarriage of justice. Please file this petition, and submit to appropriate court justice.

Thanks for your assistance in this matter.

Sincerely,
Shedrick G. Thornton
Petitioner, Pro Se
Shedrick Thornton
Book-In No. 22003389
Lew Sterrett Justice Center
Dallas, TX 75207

Shedrick Thornton 2203389
north Tower - Dallas Jail
P.O. Box 660334
Dallas, TX 75266-0334

RECEIVED
MAR 15 2022
MAILROOM

NORTH TEXAS TX PDC
DALLAS TX 750
11 MAR 2022 PM 1 L

U.S. District Clerk
Northern District of Texas
Dallas Division
Earle Cabell Federal Bldg.
1100 Commerce Street, Rm 1452
Dallas, TX 75242

75242-131052

11